UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MERCEDES WOLFF,

                                Plaintiff,

    -v-

TEXAS ROADHOUSE HOLDINGS, LLC,

                              Defendant.

21 Civ. 11118 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court authorized plaintiff to file, by March 8, 2022, a motion to remand this case to state court. Defendant is directed to file any opposition by March 15, 2022. The Court does not invite a reply.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: February 15, 2022
        New York, New York