UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MERCEDES WOLFF,

                            Plaintiff,

        -v-

TEXAS ROADHOUSE HOLDINGS, LLC,

                           Defendant.

21 Civ. 11118 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court today held a case management conference, which, although originally intended as a premotion conference, also addressed outstanding expert discovery. For the reasons reflected in the transcript of the conference, the Court extends expert discovery to December 16, 2022, for the limited purpose of the parties exchanging one expert report as to liability each. The parties represented at the conference that depositions of these experts will not be sought.

    At the conference, the Court also set the following briefing schedule for defendant's anticipated motion for summary judgment. The parties' joint stipulated facts are due January 13, 2023. Defendant's motion for summary judgment is due January 27, 2023. Plaintiff's opposition is due February 10, 2023. Defendant's reply is due February 20, 2023.

    SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: November 28, 2022
       New York, New York